UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                :
MARCOS CALCANO,                                 :
                              Plaintiff,        :          22 Civ. 3716 (LGS)
                                                :
             -against-                          :               ORDER
                                                :
CREATIVE PLANNING, LLC,                         :
                              Defendant.  :
------------------------------------------------------------:
                                                X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pretrial conference in this matter is scheduled for July 6, 2022.

(Dkt. No. 6.)

      WHEREAS, no significant issues were raised in the parties' joint letter or proposed case

management plan.  (*See* Dkt. No. 11.)  It is hereby

      **ORDERED** that the July 6, 2022, initial pretrial conference is **CANCELLED**.  If the

parties believe that a conference would nevertheless be useful, they should inform the Court

immediately so the conference can be reinstated.  The case management plan and scheduling

order will issue in a separate order.  The parties' attention is particularly directed to the

provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of

the final conference and setting of a trial date.  It is further

      **ORDERED** that if Defendant seeks to file a motion to dismiss, Defendant shall file a

pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

      **ORDERED**, regarding settlement discussions, if and when the parties are ready to

proceed with a settlement conference with the assigned Magistrate Judge or mediation in the

Court's mediation program, they shall file a joint letter on ECF requesting a referral.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated:  June 29, 2022
     New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**