UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                            :
MARCOS CALCANO,                                 :
                                      Plaintiff,           :                      22 Civ. 3716 (LGS)
                                                                 :
                  -against-                              :                           <u>ORDER</u>
                                                                  :
CREATIVE PLANNING, LLC,                :
                                        Defendant.    :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

        The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are **DENIED** as moot, and all conferences and deadlines are **CANCELED**.

Dated: August 30, 2022
          New York, New York

                                                                LORNA G. SCHOFIELD
                                                       **UNITED STATES DISTRICT JUDGE**